Gunther SIEGEL, Appellant,

v.

Thomas W. PIPER, Appellee.

No. 2007–1382.

United States Court of Appeals,
Federal Circuit.

Nov. 26, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

TRADECARD, INC., Plaintiff–
Appellant,

v.

S1 CORPORATION, Defendant–
Appellee,

and

Bank of America, National Association,
Defendant–Appellee.

No. 2008–1044.

United States Court of Appeals,
Federal Circuit.

Nov. 26, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Philip P. KALODNER, Plaintiff–
Appellant,

v.

Samuel W. BODMAN, Secretary of Energy, and George B. Breznay, Director, Office of Hearings and Appeals, Defendants–Appellees,

and

Public Service Electric & Gas
Co., Defendant–Appellee,

and

Seagroup, Inc., General Council on Finance and Administration of the United Methodist Church, and Zim Israel Navigation Co., Ltd., Defendants–Appellees,

and

Eastman Chemical Company, General Motors Corporation, City of New York, and Florida Power Corporation, Defendants–Appellees.

No. 2007–1322.

United States Court of Appeals,
Federal Circuit.

Nov. 27, 2007.

Philip P. Kalodner, pro se.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Albert N. MATA, Petitioner,**

**v.**

**MERIT SYSTEMS PROTECTION BOARD, Respondent.**

No. 2008–3047.

United States Court of Appeals, Federal Circuit.

Nov. 29, 2007.

Albert N. Mata, pro se.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**In re: BASF AG.**

No. 2007–1231.

United States Court of Appeals, Federal Circuit.

Nov. 30, 2007.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**MPT, INC., Plaintiff–Cross Appellant,**

**v.**

**MARATHON LABELS, INC., Defendant–Appellant,**

**and**

**Polymeric Converting, LLC, Defendant–Appellant.**

Nos. 2007–1183, 2007–1204, 2007–1238.

United States Court of Appeals, Federal Circuit.

Dec. 12, 2007.